**Opinion issued June 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-24-00641-CR

—————————————

## EX PARTE DREYVON ANDERSON-SANDERS, Appellant

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case No. 1878077**

---

### MEMORANDUM OPINION

Dreyvon Anderson-Sanders appeals from the denial of his pretrial application for writ of habeas corpus challenging the trial court's order to revoke his bail. *See* TEX. CONST. art. I, § 11b.

The appellate record reflects that the trial court dismissed Anderson-Sanders's underlying indictment for insufficient evidence. Because Anderson-

Sanders is no longer confined on a charge that he challenged in his pretrial writ of habeas corpus, his appeal of the denial of that writ is thus moot. *See Bennet v. State*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.) ("The longstanding rule in Texas regarding habeas corpus is that where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot.") (internal quotations omitted); *Ex parte Cajas*, No. 14-23-00613-CR, 2023 WL 8043747, at *1 (Tex. App.—Houston [14th Dist.] Nov. 21, 2023, no pet.) (mem. op., not designated for publication) (holding habeas appeal moot when underlying charge had been dismissed). On May 1, 2025, we notified Anderson-Sanders that it appeared that his appeal was moot and requested a response. No response was received.

We therefore dismiss this appeal as moot. We also dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

Do not publish. *See* TEX. R. APP. P. 47.2(b).